IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:17-cr-00363-HZ-3 |
| Plaintiff, | |
| v. | ORDER TO REDUCE SENTENCE |
| ELI OBED BONILLA, | |
| Defendant. | |

The defendant, Eli Obed Bonilla, through his attorney, Thomas E. Price, and together with the attorney for the government, Assistant United States Attorney Amy E. Potter, jointly moved this Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to reduce his sentence to time served effective 72 hours from the entry of the order to enable Immigration and Customs Enforcement (ICE) to take custody of Mr. Bonilla, a citizen of El Salvador.

As amended by the First Step Act, the compassionate release statute allows courts to reduce sentences for "extraordinary and compelling" reasons. Thirty days have elapsed since Mr. Bonilla initiated a request for compassionate release consideration with the warden, M. Friend, of Giles W. Dalby CI. The request was denied on July 13, 2020. Accordingly, this motion is properly before this Court.

Page 1   ORDER TO REDUCE SENTENCE

Mr. Bonilla is a 45-year-old man who suffers from: (1) obesity, (2) diabetes; and (3) high blood pressure that makes him vulnerable should he contract COVID-19. Mr. Bonilla remains in custody at Giles W. Dalby Correctional Institution. His projected release date is March 26, 2021. Mr. Bonilla has completed the majority of his 51-month sentence.

Based on all of the relevant circumstances, the parties agree that this case presents extraordinary and compelling reasons to reduce Mr. Bonilla's sentence to time served. Additionally, the parties agree that the requested sentence reduction would be consistent with the sentencing factors under 18 U.S.C. § 3553(a) and the applicable policy statement in U.S.S.G. § 1B1.13.

Mr. Bonilla is a citizen of El Salvador and has family to whom he hopes to be returned and reunited.

For all of the foregoing reasons, the Court finds that compassionate release should be granted and ORDERS that Mr. Bonilla's sentence be amended to one of time-served, effective 72 hours from the amended judgment. Upon release from confinement, the Court ORDERS that, in addition to all previously ordered conditions contained in the original judgment to the following extent, Mr. Bonilla report to and comply with the direction of the United States Probation Office, immediately, if he reenters the United States after removal.

It is so ORDERED.

Dated this __13__ day of February 2021.

_/s/ Marco Hernandez_
The Honorable Marco A. Hernández
Chief United States District Judge